### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 13-cv-2048-WJM-KMT

MARILYN SWEET, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

COLORADO ROCKIES BASEBALL CLUB, LTD., a Colorado limited partnership,

    Defendant.

---

### ORDER TO SHOW CAUSE AS TO WHY THE COURT SHOULD NOT DECLINE TO EXERCISE JURISDICTION OVER THIS MATTER

---

This matter is before the Court *sua sponte*. The dispute involves a putative class action. From the face of the Complaint (ECF No. 1), it appears that 28 U.S.C. § 1332 1332(d)(2) requirements are met and the Court therefore has original jurisdiction over this matter.

However, 28 U.S.C. § 1332(d)(3) provides that the Court **may** decline to exercise jurisdiction over a class action in certain circumstances. Section 1332(d)(4) provides that the Court **shall** decline to exercise jurisdiction in other circumstances. The Court's initial review of this case leads it to believe that one of these provisions may apply in this case. This belief is supported by the alleged fact in the Complaint that "Defendant Colorado Rockies is a franchise of MLB and hosts and operates a minimum of eighty-one (81) baseball games each year at Coors Field in Denver, Colorado." (ECF

No. 1 at 3.)  This suggests that most ticket holders of the putative class would reside in Colorado.  Accordingly, the Plaintiff is hereby ORDERED TO SHOW CAUSE  why the Court should not decline to exercise jurisdiction over this case pursuant to 28 U.S.C. § 1332(d)(3) or (4).  While this Order to Show Cause is directed to the Plaintiff, both sides in this dispute shall submit briefs (with supporting evidence where necessary) addressing the following:

    (a)    What percentage of the proposed plaintiff class are residents of Colorado;

    (b)    All of the other factors outlined in Sections 1332(d)(3) and (4) pertaining to this Court's discretion to decline to exercise jurisdiction in the circumstances of this case; and

    (c)    Whether the Court should—despite arguments in (a) and (b) to the contrary—grant jurisdictional discovery for the limited purpose of determining whether Section 1332(d)(3) or Section 1332(d)(4) is applicable.

Simultaneous briefs of not more than 10 pages, exclusive of signature blocks and certificate of service, shall be filed by **September 11, 2013.** Response briefs of the same length shall be filed by **September 18, 2013.**  No reply briefs will be permitted.

Dated this 28th day of August, 2013.

BY THE COURT:

/s/ William J. Martínez
William J. Martínez
United States District Judge