IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02048–WJM–KMT

MARILYN SWEET, individually and on behalf of all others similarly situated,

   Plaintiff,

v.

COLORADO ROCKIES BASEBALL CLUB, LTD., a Colorado limited partnership,

   Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff Sweet's Motion for Leave to Correct the Record" (Doc. No. 24, filed Sept. 20, 2013) is GRANTED.  Although likely completely immaterial to the court's resolution of the Order to Show Cause, Plaintiff's "Statement Correcting the Record" (Doc. No. 24-1) and the Declarations attached thereto (Doc. Nos. 24-2 & 25-3) are accepted as filed.

Dated: October 1, 2013