## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 13-cv-2048-WJM-KMT

MARILYN SWEET, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

COLORADO ROCKIES BASEBALL CLUB, LTD., a Colorado limited partnership,

    Defendant.

## ORDER DISMISSING WITHOUT PREJUDICE

    This matter comes before the Court on Plaintiff Marilyn Sweet's ("Plaintiff") Notice of Voluntary Dismissal filed September 26, 2013 ("Notice") (ECF No. 30; ECF No. 30-1.) Defendant Colorado Rockies Baseball Club, Ltd's ("Defendant") has filed a Response at the Court's request, in which it noted Plaintiff's right to dismiss this action at this time without leave of Court. The Court having reviewed the Notice and being fully advised hereby ORDERS as follows:

    The Court hereby ACCEPTS Plaintiff's Notice of Voluntary Dismissal Without Prejudice as filed. (ECF No. 30-1). The above-captioned matter is DISMISSED WITHOUT PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 8th day of October, 2013.

BY THE COURT:

William J. Martínez
United States District Judge